DANIEL B. DUNCAN, Appellant, *v.* ST. LUKE'S HOSPITAL, Respondent.

*Duncan* v. *St. Luke's Hospital*, 113 App. Div. 68. affirmed.
(Argued May 28, 1908; decided June 12, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages occasioned plaintiff by the death of his wife alleged to have occurred through defendant's breach of contract.

*Paul N. Turner* for appellant.

*Perry D. Trafford* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.